UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICHARD W. GAYTON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>RENZO FIDANI II, et al.,<br><br>    Defendants. | No. 2:20-cv-06758-MCS (JDE)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative Second Amended Complaint (Dkt. 12, "SAC") filed by Plaintiffs Richard W. Gayton and Jasmine Gayton ("Plaintiffs"), the Motion to Dismiss the SAC filed by Defendants Dillon, Powell, Roberts, Blackwell, and the Los Angeles Superior Court ("LASC") (Dkt. 49), the Motion to Dismiss filed by filed Defendants Cohen and Nemiroff & Cohen LLC (Dkt. 65) (collectively, Dkt. 49 and 65 are referred to herein as "Motions"), the order to show cause re service of unserved defendants issued by the assigned magistrate judge (Dkt. 53, "OSC"), all supporting and opposing papers filed by

the parties in connection with the Motions and the OSC (Dkt. 58, 68, 69), the Report and Recommendation issued by the assigned magistrate judge regarding the Motions and the OSC (Dkt. 71, "Report"), and Plaintiffs' "Motion to File a Third Amended Complaint," which the Court interprets broadly to reflect an objection to the Report's recommendation that further leave to amend the SAC be denied (Dkt. 75, "Objection").

The Court has engaged in a <u>de novo</u> review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the magistrate judge.

Therefore, IT IS HEREBY ORDERED that:

1. The Motions (Dkt. 49, 65) are GRANTED as to all claims asserted in the SAC without leave to amend;
2. All claims asserted against Defendants Dillon, Powell, and Roberts, Commissioner Blackwell, LASC, Cohen, and Nemiroff & Cohen are dismissed with prejudice;
3. All claims asserted against Defendants Fidani, Aserio, Paula Teske & Associates, Department of Children Family Services, Los Police Department Van Nuys Division, Children Law Centre, Malek, Del Rio, Amadore, Archiable, Johnson, Gersh, and Doe defendants are dismissed without prejudice;
4. Plaintiffs' motions seeking leave to file a third amended complaint (Dkt. 68, 75) are DENIED; and
5. Judgment shall be entered dismissing this action accordingly.

Dated: March 15, 2021

_____
MARC C. SCARSI
United States District Judge