JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICHARD W. GAYTON, et al., <br> Plaintiffs, <br> v. <br> RENZO FIDANI II, et al., <br> Defendants. | No. 2:20-cv-06758-MCS (JDE) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Plaintiffs shall take nothing by this action;

2. Plaintiffs' claims against Defendants Dillon, Powell, and Roberts, Commissioner Blackwell, LASC, Cohen, and Nemiroff & Cohen are dismissed with prejudice; and

3. Plaintiffs' claims against Defendants Fidani, Aserio, Paula Teske & Associates, Department of Children Family Services, Los Police Department Van Nuys Division, Children Law Centre, Malek, Del Rio,

Amadore, Archiable, Johnson, Gersh, and Doe defendants are dismissed without prejudice.

Dated: March 15, 2021

_____
MARC C. SCARSI
United States District Judge

2